**George Allie GILLIS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 26403.**

United States Court of Appeals Fifth Circuit.

Nov. 20, 1969.

John R. Castle, Jr. (Ct. Apptd.), Marlow R. Preston, (Co-Ct-Apptd.), Dallas, Tex., for appellant.

George Allie Gillis, pro se. Eldon B. Mahon, U. S. Atty., B. H. Timmins, Jr., Asst. U. S. Atty., Dallas, Tex., for appellee.

Before THORNBERRY, GODBOLD and MORGAN, Circuit Judges.

PER CURIAM:

During argument before this Court, counsel for the Government conceded error in the trial of this case and announced that the Government did not plan to retry the appellant for the offense charged herein. Therefore, the case is reversed and remanded, with directions to dismiss with prejudice.

■

**LeRoy HOFMANN, Plaintiff-Appellee,**

v.

**GREYHOUND LINES, INC., a corporation, Defendant-Appellant.**

**No. 23401.**

United States Court of Appeals Ninth Circuit.

Nov. 20, 1969.

John Gordon Gearin (argued), Portland, Or., Gerald H. Robinson, Portland, Or., for appellant.

Edwin A. York (argued), of Lent, York, Paulson & Bullock, Portland, Or., Fred P. Eason, Coos Bay, Or., Gerald R. Pullen, Portland, Or., for appellee.

Before HAMLIN and BROWNING, Circuit Judges, and PREGERSON, District Judge*.

PER CURIAM:

In this diversity action, the questions of Hofmann's Oregon citizenship and proximate cause of his injury were both close ones, but after careful examination of the record we are unable to say that the district court erred. We therefore affirm.

* Honorable Harry Pregerson, District Judge, Central District of California, sitting by designation.